JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY MICHAEL GONZALES, | ) | NO. CV 11-8509-CJC (MAN) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRENDA CASH, WARDEN, | ) | |
|     Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 9/3/13.

                                                  CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE